IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and<br>SECOND AMENDMENT FOUNDATION,<br>INC.,<br><br>   Plaintiffs,<br>v.<br><br>CHUCK CURRY, in his official capacity as<br>Sheriff of Flathead County, Montana,<br><br>   Defendant. | Case No. 9:16-CV-62-DWM |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR DAVID G. SIGALE

Pursuant to Local Rule 83.1(d), Quentin M. Rhoades moves this Court for admission of David G. Sigale, as attorney *pro hac vice* for Plaintiffs, Lenka Knutson and Second Amendment Foundation, Inc., in the above-entitled case, and in support thereof states as follows:

  1. David G. Sigale (Illinois Bar No. 6238103) is an attorney at, and owner of, Law Firm of David G. Sigale, P.C., 799 Roosevelt Road, Suite 207, Glen Ellyn, IL 60137; 630.452.4547; e-mail: dsigale@sigalelaw.com.

  2. Pursuant to Local Rule 83.1(d), attached hereto is a Declaration from David G. Sigale, identifying the bar and courts to which he is admitted and is a member in good standing; attesting that he is not currently suspended or disbarred in any other court; that he has never been held in contempt or otherwise disciplined or sanctioned by any court for any reason; that he has never sought *pro hac vice* admission to this Court before, that he understands that *pro hac vice* admission in this Court is personal to himself only and is not admission of a law firm, that he is

proficient in electronic filing (ECF) in the federal District Courts, and that he will be held fully accountable for the conduct of the litigation in this Court. Attached also is proof of payment of fee for *pro hac vice* admission.

   3. Attorney Quentin M. Rhoades, who is a member in good standing of the bar of the United States District Court for the District of Montana, will serve as local counsel for Plaintiffs, and be associated with this action.

   WHEREFORE, in accordance with Local Rule 83.1(d), we respectfully request admission for David G. Sigale to this Court as attorney *pro hac vice* for Plaintiffs.

DATED: April 19, 2016         Respectfully submitted,

              By: /s/ Quentin M. Rhoades
                 QUENTIN M. RHOADES

| | |
|---|---|
| DAVID G. SIGALE (Atty. ID# 6238103 (IL)) | QUENTIN M. RHOADES |
| Law Firm of David G. Sigale, P.C. | E-Mail: qmr@montanalawyer.com |
| 799 Roosevelt Road, Suite 207 | Rhoades & Siefert PLLC |
| Glen Ellyn, IL 60137 | 430 N. Ryman, 2nd Floor |
| 630.452.4547/630.596.4445 Fax | Missoula, MT 59801 |
| dsigale@sigalelaw.com | Telephone: (406) 721-9700 |
| *pro hac vice* Motion pending | Facsimile: (406) 721-5838 |

Attorneys for Plaintiffs