**EXHIBIT "A"**

The following is a list of all state and federal courts into which David G. Sigale has been admitted to practice law, and is currently a member in good standing:

| Court | Date of Admission |
|---|---|
| Illinois | November 7, 1996 |
| United States District Court, Northern District of Illinois | December 18, 1996 (Gen. Bar) October 26, 2006 (Trial Bar) |
| Wisconsin (Inactive) | September 30, 1997 |
| United States Court of Appeals for the Seventh Circuit | May 29, 2001 |
| United States Supreme Court | November 30, 2009 |
| United States District Court, Central District of Illinois | May 11, 2011 |
| United States Court of Appeals for the Eighth Circuit | May 1, 2013 |
| United States District Court, Western District of Arkansas | October 3, 2013 |
| United States District Court, Eastern District of Arkansas | October 3, 2013 |
| United States District Court, Western District of Oklahoma | December 23, 2015 |