IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and <br> SECOND AMENDMENT FOUNDATION, INC., <br><br>           Plaintiffs, <br><br> v. <br><br> CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, <br><br>           Defendant. | Case No. 9:16-CV-62-DWM |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID G. SIGALE

Upon the motion of Lenka Knutson and Second Amendment Foundation, Inc., and for good cause shown, it is hereby ordered that David G. Sigale of Law Firm of David G. Sigale, P.C., 799 Roosevelt Road, Suite 207, Glen Ellyn, IL 60137, is permitted to appear and participate as counsel *pro hac vice* for Plaintiffs Lenka Knutson and Second Amendment Foundation, Inc., in this action.

IT IS SO ORDERED.

Dated: _____, 2016      _____
                                          United States District Court Judge