IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and<br>SECOND AMENDMENT FOUNDATION,<br>INC.,<br><br>    Plaintiffs,<br>v.<br><br>CHUCK CURRY, in his official capacity as<br>Sheriff of Flathead County, Montana,<br><br>    Defendant. | Case No. 9:16-CV-62-DWM |

## NOTICE OF ACKNOWLEDGEMENT BY DAVID G. SIGALE OF TERMS OF *PRO HAC VICE* ADMISSION

I, David G. Sigale, do declare and swear as follows:

1. I am an attorney licensed to practice in Illinois (Atty. ID# 6238103) and the owner of Law Firm of David G. Sigale, P.C., 799 Roosevelt Road, Suite 207, Glen Ellyn, IL 60137, 630.452.4547; Fax 630.596.4445; e-mail: dsigale@siglalelaw.com.

2. I have been admitted to practice in the District of Montana *pro hac vice* in this matter, pursuant to Order of Court dated April 20, 2016 (Dkt. #3), attached hereto.

3. I acknowledge that my admission *pro hac vice* to the District of Montana for the purposes of litigating this matter is under, and pursuant to, the terms set forth in said Order of Court.

Dated: April 30, 2016.                    _____
                                                    David G. Sigale


David G. Sigale (Atty. ID# 6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com