IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

APR 20 2016

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, <br><br> Defendant. | CV 16–62–M–DWM <br><br> ORDER |

Plaintiffs move for the admission of David G. Sigale to practice before this Court in this case with Quentin M. Rhoades to act as local counsel. Mr. Sigale's application appears to be substantially in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit David G. Sigale *pro hac vice* (Doc. 2) is GRANTED on the condition that Mr. Sigale shall do his own work. This means that Mr. Sigale must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Sigale, within fifteen (15) days of the date of this Order, files both (1) a notice acknowledging his admission under the terms set forth above; and (2) an amended affidavit stating, under penalty of perjury, that he has complied with Mont. R. Prof'l Conduct 8.5, in accordance with current Local Rule 83.1(d)(3)(J).

DATED this 20th day of April, 2016.

Donald W. Molloy, District Judge
United States District Court