IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and<br>SECOND AMENDMENT FOUNDATION,<br>INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHUCK CURRY, in his official capacity as<br>Sheriff of Flathead County, Montana,<br><br>        Defendant. | Case No. 9:16-CV-62-DWM |

### AMENDED DECLARATION OF DAVID G. SIGALE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David G. Sigale, do declare and swear as follows:

1. I am an attorney licensed to practice in Illinois (Atty. ID# 6238103) and the owner of Law Firm of David G. Sigale, P.C., 799 Roosevelt Road, Suite 207, Glen Ellyn, IL 60137, 630.452.4547; Fax 630.596.4445; e-mail: dsigale@siglalelaw.com.

2. A list of the courts into which I have been admitted and am now a member in good standing is attached hereto as Exhibit A.

3. I am not currently suspended or disbarred in any other court.

4. I have never been held in contempt or otherwise disciplined or sanctioned by any court for any reason.

5. I have never sought *pro hac vice* admission to this Court before.

6. I understand that *pro hac vice* admission in this Court is personal to myself only and is not admission of a law firm. I understand that I will be held fully accountable for the conduct of the litigation in this Court.

7. Except as to Rules 6.1 through 6.4, I will be bound by the Montana Rules of Professional Conduct in my practice of law in Montana and will be subject to the disciplinary authority of Montana. I have certified this in a separate attached Certification, which shall be mailed, contemporaneously, to the business offices of the State Bar of Montana in Helena, Montana. Thus I have complied with Mont. R. Prof'l. Conduct 8.5, in accordance with current Local Rule 83.1(d)(3)(J).

8. I have registered for ECF filing in the District of Montana. I am also proficient in electronic filing (ECF) in other federal District Courts, among them the Northern and Central Districts of Illinois.

9. Simultaneous with this Declaration, I will be filing a Notice acknowledging my *pro hac vice* admission subject to the terms set forth in the Court's Order of April 20, 2016 (Dkt. #3).

10. Payment of the fee for *pro hac vice* admission has previously been made.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __30th__ day of April, 2016.

_____
David G. Sigale

David G. Sigale (Atty. ID# 6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

I, David G. Sigale, hereby declare under penalty of perjury and under the laws of the State of Montana that the foregoing is true and correct, to the best of my knowledge, and that this Declaration was executed this 30th day of April, 2016, at Glen Ellyn, Illinois.

_____
David G. Sigale

David G. Sigale (Atty. ID# 6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com