IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

LENKA KNUTSON and )
SECOND AMENDMENT FOUNDATION, )
INC., )
                                                            )
          Plaintiffs, )
v. )   Case No. 9:16-CV-62-DWM
                                                            )
CHUCK CURRY, in his official capacity as )
Sheriff of Flathead County, Montana, )
                                                            )
          Defendant. )

### CERTIFICATION BY DAVID G. SIGALE OF
### COMPLIANCE WITH MONT. R. PROF'L CONDUCT 8.5

I, David G. Sigale, do certify and swear as follows:

1.     I am an attorney licensed to practice in Illinois (Atty. ID# 6238103) and the owner of Law Firm of David G. Sigale, P.C., 799 Roosevelt Road, Suite 207, Glen Ellyn, IL 60137, 630.452.4547; Fax 630.596.4445; e-mail: dsigale@siglalelaw.com.

2.     I have been admitted to practice in the District of Montana *pro hac vice* in this matter, pursuant to Order of Court dated April 20, 2016, attached hereto.

3.     Except as to Rules 6.1 through 6.4, I will be bound by the Montana Rules of Professional Conduct in my practice of law in Montana and will be subject to the disciplinary authority of Montana. I will mail this Certification contemporaneously to the business offices of the State Bar of Montana in Helena, Montana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___29th___ day of April, 2016.

_____
David G. Sigale

Subscribed and sworn before me this
_29th_ day of April, 2016.

_____
Notary Public

OFFICIAL SEAL
NICOLE P SIGALE
Notary Public - State of Illinois
My Commission Expires Sep 18, 2018

David G. Sigale (Atty. ID# 6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com