# LAW FIRM OF DAVID G. SIGALE, P.C.

799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137

630.452.4547
630.596.4445 Facsimile

dsigale@sigalelaw.com

April 29, 2016

State Bar of Montana
Attn: Kathy Lynch
P.O. Box 577
Helena, MT 59624

Re:  Lenka Knutson, *et al* v. Curry
     Case No. 9:16-CV-62-DWM (D.Mont.)

Dear Ms. Lynch:

Enclosed please find a copy of my Mont. R. Prof'l. Conduct 8.5 Certification that I have filed pursuant to my *pro hac vice* admission in the above-referenced matter.

If you have any questions, please feel free to contact me.

Very truly yours,

David G. Sigale

Enclosure