AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Montana ▾

| | | |
|---|---|---|
| LENKA KNUTSON | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.  9:16-CV-62-DWM |
| CHUCK CURRY | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LENKA KNUTSON                                                    .

Date:     06/23/2016

/s/ David G. Sigale
*Attorney's signature*

David G. Sigale
*Printed name and bar number*

Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
*Address*

dsigale@sigalelaw.com
*E-mail address*

(630) 452-4547
*Telephone number*

(630) 596-4445
*FAX number*