IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and<br>SECOND AMENDMENT FOUNDATION, INC., <br><br>        Plaintiffs,<br><br>v.<br><br>CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana,<br><br>        Defendant. | Case No. 9:16-CV-62-DWM |

## F.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF SECOND AMENDMENT FOUNDATION, INC.

Plaintiff SECOND AMENDMENT FOUNDATION, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.


Dated:  June 23, 2016                           Respectfully submitted,

                                        By:      /s/ David G. Sigale       
                                                One of the Attorneys for Plaintiffs


Lead Counsel                                             Local Civil Rule 83.1(d) Counsel
David G. Sigale, Esq. (#6238103 (IL))        Quentin M. Rhoades, Esq.
LAW FIRM OF DAVID G. SIGALE, P.C.    E-Mail: qmr@montanalawyer.com
799 Roosevelt Road, Suite 207                   RHOADES & SIEFERT PLLC
Glen Ellyn, IL 60137                                     430 N. Ryman, 2nd Floor
630.452.4547 Tel.                                        Missoula, MT 59801
630.596.4445 Fax                                        Telephone: (406) 721-9700
dsigale@sigalelaw.com                              Facsimile: (406) 721-5838
Admitted *pro hac vice*

Attorneys for Plaintiffs