IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, <br><br> Defendant. | CV 16–62–M–DWM <br><br><br> ORDER |

On April 18, 2016, Plaintiffs Lenka Knutson and Second Amendment Foundation, Inc. filed a Complaint. (Doc. 1.) To date, Plaintiffs have not provided notice that Defendant Chuck Curry, in his official capacity as Sheriff of Flathead County, Montana, has been served within the 90-day time limit imposed by Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly, IT IS ORDERED that Plaintiffs have until on or before August 2, 2016, to show cause as to why this action should not be dismissed

1

without prejudice.

DATED this 19th day of July, 2016.

```
_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
```