Quentin M. Rhoades
Nicole Siefert
**RHOADES & SIEFERT, P.L.L.C.**
430 North Ryman, Second Floor
Missoula, Montana  59802
Telephone:  (406) 721-9700
Telefax:  (406) 728-5838
qmr@montanalawyer.com
nicole@montanalawyer.com

David G. Sigale
*Pro Hac Vice Counsel*
**LAW FIRM OF DAVID G. SIGALE, P.C.**
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Telephone: (630) 452-4547
Telefax: (630) 596-4445
dsigale@sigalelaw.com

*Pro Querente*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., | Case No. CV-16-62-DWM |
| Plaintiffs, | |
| v. | **RULE 4 WAIVER OF THE SERVICE OF SUMMONS** |
| CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, | |
| Defendant. | |

TO:   CHUCK CURRY, Sheriff of Flathead County

I have received your request to waive service of a summons in this

action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 31, 2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

DATED this ____1st____ day of ____July____, 2016.

_____
Chuck Curry, or Counsel

_____
David Randall
Printed Name

RULE 4 WAIVER OF THE SERVICE OF SUMMONS

_Attorney_

**Relationship to entity or authority to receive service**

_820 S. Main Kalispell, MT 59901_

**Address**

_DRandall@Flathead.mt.gov_

**E-mail Address**

_406-758-5630_

**Telephone Number**

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a summons and complaint. A defendant who fails to return a signed acknowledgment and waiver of service requested by a plaintiff will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the acknowledgment and waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the acknowledgment and waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.

3

RULE 4 WAIVER OF THE SERVICE OF SUMMONS

Quentin M. Rhoades
Nicole Siefert
**RHOADES & SIEFERT, P.L.L.C.**
430 North Ryman, Second Floor
Missoula, Montana  59802
Telephone:  (406) 721-9700
Telefax:  (406) 728-5838
qmr@montanalawyer.com
nicole@montanalawyer.com

David G. Sigale
*Pro Hac Vice Counsel*
**LAW FIRM OF DAVID G. SIGALE, P.C.**
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Telephone: (630) 452-4547
Telefax: (630) 596-4445
dsigale@sigalelaw.com

*Pro Querente*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana,<br><br>Defendant. | Case No. CV-16-62-DWM<br><br><br>**RULE 4 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS** |

TO:   CHUCK CURRY, Sheriff of Flathead County

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within (give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

2

RULE 4 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

DATED this 2nd day of June, 2016.

Quentin M. Rhoades

*Counsel for Plaintiffs*

**RHOADES & SIEFERT, P.L.L.C.**
430 North Ryman, Second Floor
Missoula, Montana 59802

Telephone: (406) 721-9700

qmr@montanalawyer.com

3

RULE 4 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

Quentin M. Rhoades
Nicole Siefert
**RHOADES & SIEFERT, P.L.L.C.**
430 North Ryman, Second Floor
Missoula, Montana  59802
Telephone:  (406) 721-9700
Telefax:  (406) 728-5838
qmr@montanalawyer.com
nicole@montanalawyer.com

David G. Sigale
*Pro Hac Vice Counsel*
**LAW FIRM OF DAVID G. SIGALE, P.C.**
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Telephone: (630) 452-4547
Telefax: (630) 596-4445
dsigale@sigalelaw.com

*Pro Querente*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., | Case No. CV-16-62-DWM |
| Plaintiffs, | |
| v. | **RULE 4 WAIVER OF THE SERVICE OF SUMMONS** |
| CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, | |
| Defendant. | |

TO:   CHUCK CURRY, Sheriff of Flathead County

I have received your request to waive service of a summons in this

action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 31, 2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

DATED this _____ day of _____ _____, 2016.

_____
Chuck Curry, or Counsel

_____
Printed Name

2
RULE 4 WAIVER OF THE SERVICE OF SUMMONS

_____

**Relationship to entity or authority to receive service**


_____

**Address**


_____

**E-mail Address**


_____

**Telephone Number**


### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a summons and complaint. A defendant who fails to return a signed acknowledgment and waiver of service requested by a plaintiff will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the acknowledgment and waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the acknowledgment and waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.

3

RULE 4 WAIVER OF THE SERVICE OF SUMMONS

# UNITED STATES DISTRICT COURT

for the

District of Montana ▼

LENKA KNUTSON and
SECOND AMENDMENT FOUNDATION, INC.

*Plaintiff(s)*

v.

CHUCK CURRY, in his official capcity as Sheriff of
Flathead County, Montana

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 9:16-CV-62-DWM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Chuck Curry, Sheriff
Flathead County Sheriff's Office
920 South Main Street
Kalispell, MT 59901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Quentin M. Rhoades
Rhoades Seifert, PLLC
430 N. Ryman, 2nd Floor
Missoula, MT 59801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/19/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

❏ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                                   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

❏ I returned the summons unexecuted because                                   ; or

❏ Other *(specify):*

My fees are $            for travel and $            for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: