

**FILED**

JUL 2 6 2016

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, <br><br> Defendant. | CV 16–62–M–DWM <br><br> CERTIFICATION |

In accordance with the directive of 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the undersigned hereby certifies to the Honorable Tim Fox, Attorney General for the State of Montana, that the constitutionality, under the Second and Fourteenth Amendments of the United States Constitution, of the following Montana statute has been called into question by pleadings in the above-referenced action:

Montana Code Annotated § 45–8–321(1).

The Clerk of Court is directed to serve a copy of this Certification by certified mail upon the Honorable Tim Fox at the following address:

1

Department of Justice
P.O. Box 201401
Helena, MT 59620-1401

DATED this 26th day of July, 2016.

_____
Donald W. Molloy, District Judge
United States District Court