Caitlin Overland, Deputy
Office of the County Attorney
Flathead County, Montana
820 South Main
Kalispell, MT 59901
406/758-5630
coverland@flathead.mt.gov
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs,<br><br>v.<br><br>CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana,<br><br>Defendant. | Case No.: 9:16-cv-00062-DWM <br><br> **ANSWER TO COMPLAINT** |

Defendant Chuck Curry, in his official capacity as Sheriff of Flathead County (hereinafter "Flathead County"), through its undersigned counsel, hereby answers the Complaint herein as follows.

In response to the numbered paragraphs of the Complaint, Flathead County avers as follows:

## **INTRODUCTION**

1. This paragraph is merely introductory of the complaint and requires no response.

2. This paragraph states a legal conclusion and requires no response. To the extent a response is required Flathead County denies the allegations.

3. Flathead County objects the paragraph is argumentative and calls for a legal conclusion. Without waiving said objection, Flathead County admits Montana law requires an applicant for a concealed carry permit be a United States citizen.

4. This paragraph states a legal conclusion and requires no response. To the extent a response is required Flathead County denies the allegations.

## JURISDICTION AND VENUE

5. Admit.

6. Admit.

7. Admit insofar as venue is proper. To the extent harm by Plaintiffs is alleged, Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

## PLAINTIFFS

8. Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

9. Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

10. Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

11. Flathead County objects this paragraph is vague and draws legal conclusion which requires no response. To the extent a response is required Flathead County denies the allegations.

12. Admit insofar as Plaintiff Lenka Knutson was told her application would be denied due to her citizenship status. Regarding the exact date and whether Ms. Knutson

completed an application, Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein, and therefore denies the same.

13. Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

14. Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

15. Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

## DEFENDANT

16. Admit as to the responsibilities and obligations of Sheriff Curry. As to the residence of Lenka Knutson, Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

## CONSTITUTIONAL PROVISIONS

17. Flathead County objects the paragraph draws a legal conclusion and requires no response. Admit only insofar as the direct quoted language is correct.

18. Flathead County objects the paragraph draws a legal conclusion and requires no response. Admit only insofar as the direct quoted language is correct.

19. Flathead County objects the paragraph draws a legal conclusion and requires no response. Admit only insofar as the direct quoted language is correct.

## STATE LAW

20. Flathead County objects the paragraph draws a legal conclusion and requires no response. Admit only insofar as the direct quoted language is correct.

21. Flathead County objects the paragraph draws a legal conclusion and requires no response. Admit only insofar as the direct quoted language is correct.

22. Flathead County objects the paragraph draws a legal conclusion and requires no response. Admit only insofar as the direct quoted language is correct.

23. Flathead County objects the paragraph draws a legal conclusion and requires no response. Admit only insofar as the direct quoted language is correct.

## COUNT I – VIOLATION OF EQUAL PROTECTION (U.S. CONST. AMEND. XIV; 42 U.S.C. 1981(a), 1983)

24. This paragraph requires no response.

25. Flathead County objects the paragraph is argumentative and calls for a legal conclusion, and therefore denies the same.

## COUNT II – VIOLATION OF RIGHT TO KEEP AND BEAR FIREARMS (U.S. CONST. AMENDS. II AND XIV; 42 U.S.C. §1983).

26. This paragraph requires no response.

27. Flathead County objects the paragraph is argumentative and calls for a legal conclusion, and therefore denies the same.

## FOR ALL COUNTS

28. This paragraph requires no response.

29. Admit.

30. Flathead County objects this statement calls for a legal conclusion and is vague, and therefore denies the same.

31. Flathead County objects this statement is vague and duplicative to paragraph 30, and therefore denies the same.

32. Admit.

33. Admit insofar as the current laws in Montana prevent a non-citizen from obtaining a concealed carry permit. To the extent these laws impact Lenka Knutson or SAF

members, Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

34. Flathead County is without sufficient knowledge or information to form a belief as to the truth of all of the allegations contained therein and, therefore, denies the same.

35. Admit only to the extent Flathead County agrees this case does not allege monetary damages.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.
2. The Plaintiffs lack standing.
3. The Complaint named the wrong party Defendant and should have included the State of Montana.

The affirmative defenses are raised in this Answer so as not to be waived by Flathead County and are in response to the allegations in the Complaint.  Discovery and trial preparation may render one or more of the affirmative defenses inapplicable. Flathead County will dismiss any affirmative defenses which do not appear reasonably supported by the facts and/or the applicable law when appropriate.

Flathead County reserves the right to assert and add additional affirmative defenses, additional parties, and cross-claims which may be appropriate following further investigation and discovery.

WHEREFORE, Defendant Flathead County prays for relief as follows:

1. That the Petition be dismissed with prejudice and Petitioner take nothing by way of his Petition; and

2. For attorney's fees and costs; and

3. For such other and further relief as the Court deems just and appropriate in the

premises.

DATED this 1ST Day of August, 2016.

        OFFICE OF THE COUNTY ATTORNEY
        Flathead County, Montana

        By:    /s/ Caitlin Overland
                Attorney for Defendant