IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KUTSON and<br>SECOND AMENDMENT FOUNDATION,<br>INC.,<br><br>    Plaintiffs,<br>v.<br><br>CHUCK CURRY, in his official capacity as<br>Sheriff of Flathead County, Montana,<br><br>    Defendant. | Case No. 9:16-CV-62-DWM |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT
## AND PERMANENT INJUNCTION

Come now plaintiffs, Lenka Knutson and the Second Amendment Foundation, and defendant, Chuck Curry, in his official capacity as Sheriff of Flathead County, Montana, and state:

1. Plaintiffs are challenging M.C.A. § 45-8-321(1), which requires an applicant for a Montana Concealed Carry Permit ("CCP") to be a citizen of the United States. Plaintiffs allege that M.C.A. § 45-8-321(1) is unconstitutional as applied to lawful permanent residents. Plaintiffs seek to enjoin defendant from enforcing M.C.A. § 45-8-321(1) against lawful permanent residents.

2. The parties have agreed to the terms of the attached "Stipulation to Entry of Final Judgment and Permanent Injunction" as final judgment in this matter. See Exhibit "A."

WHEREFORE, plaintiffs, Lenka Knutson and the Second Amendment Foundation, and defendant, Chuck Curry, in his official capacity as Sheriff of Flathead County, Montana, respectfully move the Court to grant their joint motion and enter the contents of the attached stipulation as the

final judgment in this matter, with Plaintiffs to file a Motion for reasonable attorneys' fees under 42 U.S.C. §1988 by a date certain if the parties are unable to reach an agreement as to this issue.

Agreed to on the ____22nd____ day of August, 2016:

CHUCK CURRY, Defendant.                        LENKA KNUTSON, *et al*, Plaintiffs.

BY:    s/Caitlin Overland                       BY:    s/David G. Sigale
       Caitlin Overland                                David G. Sigale (#6238103 (IL))
       Deputy County Attorney                          Law Firm of David G. Sigale, P.C.
       820 South Main Street                           799 Roosevelt Road, Suite 207
       Kalispell, MT 59901                             Glen Ellyn, IL 60137
       Tel: 406.758.5630                               Tel: 630.452.4547
       Fax: 406.758.5642                               Fax: 630.596.4445
       coverland@flathead.mt.gov                       dsigale@sigalelaw.com
                                                       Admitted *Pro hac vice*

                                                       QUENTIN M. RHOADES
                                                       E-Mail: qmr@montanalawyer.com
                                                       Rhoades & Siefert PLLC
                                                       430 N. Ryman, 2nd Floor
                                                       Missoula, MT 59801
                                                       Telephone: (406) 721-9700
                                                       Facsimile: (406) 721-5838


       *One of the Attorneys for Defendant*.           *Attorneys for Plaintiffs.*