# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| LENKA KNUTSON and ) <br> SECOND AMENDMENT FOUNDATION, ) <br> INC., ) <br> ) <br>         Plaintiffs, ) <br> v. ) <br> ) <br> CHUCK CURRY, in his official capacity as ) <br> Sheriff of Flathead County, Montana, ) <br> ) <br>         Defendant. ) | Case No. 9:16-CV-62-DWM |

    This matter is before the Court upon the parties' Joint Stipulation to Entry of Final Judgment and Permanent Injunction (Dkt. # 14). The parties stipulated to an Order of the Court enjoining Defendant from enforcing M.C.A. § 45-8-321(1) as applied to the application of lawful permanent residents to obtain a permit to carry a concealed handgun, provided they are otherwise-qualified (Dkt. # 14-1).

    The Court concludes that the Stipulation should be approved, and judgment should be entered in favor of Plaintiffs. Accordingly,

    IT IS ORDERED:

    1.    Pursuant to Plaintiffs' as-applied Fourteenth Amendment Equal Protection claim in Count I of Plaintiffs' Complaint, Defendant is permanently enjoined from taking any action to enforce M.C.A. § 45-8-321(1) as applied to the application of lawful permanent residents to obtain a permit to carry a concealed handgun, provided they are otherwise-qualified. Upon entry of the final order and permanent injunction, Defendant shall allow Plaintiffs and other lawful permanent residents residing in Montana to apply for, and obtain, a permit to carry a concealed handgun, provided they are otherwise-qualified to obtain such a permit pursuant to M.C.A. § 45-8-321.

    2.    Plaintiffs' shall file an application for attorneys' fees and expenses on or before _____, 2016.

3. Count II of Plaintiffs' Complaint is voluntarily dismissed pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

Dated this __ day of August, 2016:

BY THE COURT:

_____
s/ Donald W. Molloy
United States District Judge