IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
OCT 06 2016
Clerk, U.S District Court
District Of Montana
Missoula

LENKA KNUTSON and SECOND
AMENDMENT FOUNDATION,
INC.,

   Plaintiff,

vs.

CHUCK CURRY, in his official
capacity as Sheriff of Flathead County,
Montana, and TIM FOX, in his official
capacity as Attorney General for the
State of Montana,

   Defendants.

CV 16–62–M–DWM

ORDER

On September 30, 2016, the Court issued an order requiring Plaintiff to serve the Complaint in this matter on the Honorable Tim Fox, Attorney General for the State of Montana. (Doc. 16.) The Court's order indicated it could not "accord complete relief among the parties" to this dispute over the constitutionality of a state statute without the presence of the state. Fed. R. Civ. P. 19(a)(1)(A). The Honorable Tim Fox has since been served in his official capacity. (Doc. 19.) However, it appearing that some confusion exists as to whether he is joined to this dispute,

IT IS ORDERED that the Honorable Tim Fox, Attorney General for the State of Montana, is JOINED as a defendant in this matter. Fed. R. Civ. P.

19(a)(2).

DATED this 6th day of October, 2016.

_____
Donald W. Molloy, District Judge
United States District Court