FILED

NOV 09 2016

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHUCK CURRY, in his official capacity as Sheriff of Flathead County Montana, and TIM FOX, in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | CV 16–106–M–DWM <br><br><br> ORDER |

Pending before the Court is the parties' Joint Motion for Entry of Final Judgment and Permanent Injunction (Doc. 14).

For the reasons provided at the on-the-record preliminary pretrial conference conducted November 3, 2016 (see minute entry at Doc. 29), IT IS ORDERED that the motion is DENIED, subject to renewal.

DATED this 9th day of November, 2016.

Donald W. Molloy, District Judge
United States District Court