IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
DEC 20 2016
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, and TIM FOX, in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | CV 16–62–M–DWM <br><br> ORDER |

The plaintiffs move for a preliminary injunction. (Doc. 32.) The motion does not indicate whether the plaintiffs have contacted the defendants or whether the motion is opposed. (*See* Local Rule 7.1(c)(1).) Accordingly,

IT IS ORDERED that the plaintiffs shall file an addendum indicating whether the defendants have been contacted regarding the motion for preliminary injunction and whether the defendants oppose the motion.

DATED this 20th day of December, 2016.

Donald W. Molloy, District Judge
United States District Court