IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAY 18 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, and TIM FOX, in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | CV 16–62–M–DWM <br><br><br> ORDER |

Counsel for Plaintiffs David Sigale seeks to appear telephonically at the status hearing in this matter set for May 23, 2017, or in the alternative to have the hearing continued into June. (Doc. 47.) The motion is unopposed.

IT IS ORDERED that the motion to appear telephonically is GRANTED-IN-PART. Sigale may appear via <u>video</u>conferencing at the status hearing, and is responsible for immediately contacting Court IT Director Bob Mund via the Clerk of Court's Office ((406)-542-7260) to timely prepare videoconference logistics.

IT IS FURTHER ORDERED that the motion to continue is DENIED. If

Sigale cannot appear via videoconferencing, Quentin Rhoades' appearance is sufficient to represent Plaintiffs.

DATED this 18th day of May, 2017.

Donald W. Molloy, District Judge
United States District Court