**FILED**

JUL 21 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LENKA KNUTSON and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHUCK CURRY, in his official capacity as Sheriff of Flathead County, Montana, and TIM FOX in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | CV 16 – 62 – M –DWM <br><br> ORDER |

The parties have filed a stipulation for dismissal pursuant to Rule 41(a). However, the stipulation is not in accord with an earlier stipulation in the Joint Status Report, which stipulated that "Plaintiffs will file a Fee Petition within 30 days following the filing of this Joint Status Report, unless the parties are able to resolve the issue without seeking court intervention, in which case the parties shall file a Stipulation as to attorney's fees." (Doc. 44 at 1.) Consequently,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 21st day of July, 2017.

_____
Donald W. Molloy, District Judge
United States District Court